Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
541-485-2471; (f) 541-485-2457
frost@westernlaw.org

Julia A. Olson (CA Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon  97405
541-344-7066; (f) 541-344-7066
jaoearth@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTANA WILDERNESS ALLIANCE; LOS PADRES FOREST WATCH; WILDERNESS WATCH; SIERRA CLUB, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>JOHN BRADFORD, in his official capacity as MONTEREY DISTRICT RANGER; GLORIA BROWN; in her official capacity as SUPERVISOR, LOS PADRES NATIONAL FOREST; UNITED STATES FOREST SERVICE, <br><br>　　　　Defendants. | Case No.: C-06-5472-PJH <br><br> **PARTIES' STIPULATION and [P~~ROPOSE~~D] ORDER** |

　　　　Whereas, the parties have met and conferred, and agree that this case may be resolved on cross-motions for summary judgment; and

　　　　Whereas, the parties will comply with the Court's scheduling order, and file a case management statement on or before November 30, 2006;

　　　　The parties agree to and hereby respectfully request that the Court enter an order providing:

PARTIES' STIPULATION AND [PROPOSED] ORDER, C-06-5472-PJH　　　　　　　　　　　　　　　Page 1

| | |
|---|---|
| 1 | Defendants shall file and serve the Administrative Record on or before December 1, |
| 2 | 2006. |
| 3 | Plaintiffs shall file their Motion for Summary Judgment by January 12, 2007. |
| 4 | Defendants shall file their Cross-Motion for Summary Judgment, and Opposition to |
| 5 | Plaintiffs' Motion, by February 2, 2007. |
| 6 | Plaintiffs shall file their Opposition to Defendants' Motion, and Reply, by February 21, |
| 7 | 2007. |
| 8 | Defendants shall file their Reply by March 14, 2007. |
| 9 | The Court shall hold a hearing on the cross-motions on ~~March 28, 2007~~ April 4, 2007, at 9:00 a.m. |
| 10 | The parties further stipulate that, in view of the foregoing briefing and hearing schedule, |
| 11 | Defendants agree to not authorize livestock grazing on the Kozy Kove Ranch allotment |
| 12 | before April 28, 2007. |

Date: November 16, 2006.          Respectfully submitted,

/s/ Peter M.K. Frost
Attorney for Plaintiffs

/s/ Charles M. O'Connor
Attorney for Defendants

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Date: ~~November~~ December 7, 2006.

_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

PARTIES' STIPULATION AND [PROPOSED] ORDER, C-06-5472-PJH          Page 2