UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VENTANA WILDERNESS ALLIANCE,
et al.,

        Plaintiffs,

    v.

JOHN BRADFORD, in his official capacity
as MONTEREY DISTRICT RANGER,
et al.,

        Defendants.
_____/

No. C 06-5472 PJH

**ORDER CONTINUING
HEARING ON MOTION
TO STRIKE**

Before the court is defendants' Motion to Strike Declarations Filed by Plaintiffs, filed on January 30, 2007. The motion seeks an order striking several declarations, exhibits, and other purportedly "extra-record" materials submitted by plaintiffs in connection with their earlier-filed motion for summary judgment. Defendants' motion to strike has been noticed for a hearing date of March 7, 2007, while the parties' cross-motions for summary judgment are currently set for hearing on April 4, 2007.

   The court would prefer to consider any objections to plaintiffs' submission of evidence outside the administrative record in conjunction with the hearing on plaintiffs' motion for summary judgment. This way, there will be a context for understanding plaintiffs' purported need for the evidence. Accordingly, the court hereby CONTINUES, sua sponte, the hearing on defendant's motion to strike, until **April 4, 2007**, at **9:00 a.m.**, in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff's opposition to the motion to strike, and defendants' reply in support thereof, shall be due on March 14 and March 21, 2007, respectively.

   The court notes, however, that it is plaintiff's burden to establish the admissibility of

outside evidence on an administrative record review.  If plaintiffs fail to do so, the evidence will be stricken.  If plaintiffs succeed, the evidence will be considered by the court, and defendants will be afforded an opportunity to submit their own appropriate outside evidence.

**IT IS SO ORDERED.**

Dated: February 1, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge