```
 1  Peter M.K. Frost, pro hac vice
    Western Environmental Law Center
 2  1216 Lincoln Street
    Eugene, Oregon 97401
 3  541-485-2471; (f) 541-485-2457
    frost@westernlaw.org
 4
    Julia A. Olson (CA Bar # 192642)
 5  Wild Earth Advocates
    2985 Adams Street
 6  Eugene, Oregon 97405
    541-344-7066; (f) 541-344-7066
 7  jaoearth@aol.com

 8  Attorneys for Plaintiffs

 9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  VENTANA WILDERNESS ALLIANCE et al.,       No.: C 06-5472-PJH

13          Plaintiffs,                        PARTIES' STIPULATION AND
                                               [PROPOSED] ORDER RE:
14      v.                                     DISMISSAL OF WILDERNESS
                                               WATCH AS A PLAINTIFF
15  JOHN BRADFORD, et al.,

16          Defendants.
                                         /
17
```

1   The parties have conferred related to the Forest Service's motion to dismiss Wilderness
2   Watch as a plaintiff in this case, and hereby stipulate to and respectfully request that the Court
3   enter an order dismissing Wilderness Watch as a plaintiff. The parties further stipulate that each
4   party shall bear their own costs and attorneys' fees related to Wilderness Watch's participation in
5   the case.

7   Dated: April 2, 2007.        Respectfully submitted,

9                                /s/ Peter M.K. Frost
                                 Peter M.K. Frost
                                 Julia A. Olson
10                               Attorneys for Plaintiffs

12                               Scott N. Schools
                                 United States Attorney

13                               /s/ Charles M. O'Connor
                                 Assistant United States Attorney
14                               Attorneys for Defendants

16  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

18  Date: April 4, 2007.

                                 Phyllis J. Hamilton
19                               UNITED STATES DISTRICT JUDGE

27  PARTIES' STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL, No.: C 06-5472-PJH     Page -